IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

CASE NO.

VS.

JOSE A. TORRES

## INFORMATION

The United States Attorney charges that:

## COUNT 1

On or about September 30, 2023, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, JOSE A. TORRES did unlawfully operate or attempt to operate a motor vehicle while the alcohol concentration within his blood or breath, as measured within three hours of the time of operating or attempting to operate a vehicle, was .08 or more, in violation of Title 18, United States Code, Section 13, and K.S.A. 8-1567(a)(2); or in the alternative, JOSE A. TORRES did unlawfully operate or attempt to operate a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safely driving a vehicle, in violation of Title 18, United States Code, Section 13, and K.S.A. 8-1567(a)(3). **(DUI) (Class B Misdemeanor)**

## COUNT 2

On or about September 30, 2023, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, JOSE A. TORRES did unlawfully fail to display, upon demand, to a law enforcement officer evidence of financial security to wit:  insurance policy, identification card, certificate of insurance or a certificate of self-insurance, in violation of Title 18, United States Code, Section 13, and K.S.A. 40-3104. **(Motor Vehicle Liability Insurance Coverage Required) (Class B Misdemeanor)**

## COUNT 3

On or about September 30, 2023, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, JOSE A. TORRES did operate his vehicle in excess of the maximum speed limits, in violation of Title 18, United States Code, Section 13, and K.S.A. 8-1558. **(Speeding) (Infraction)**

KATE E. BRUBACHER
United States Attorney
District of Kansas


ROBIN A. GRAHAM
Special Assistant U.S. Attorney


KELSEY MOORE CONSTANTINO
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause
for the issuance of a warrant or summons if required.

Filed    10/26/2023

HON GWYNNE E. BIRZER
U.S. Magistrate Judge